**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAMES B. TRIPLETT
TRIPLETT & FLEMING
25 CAMPHILL DRIVE
OXFORD, MA 01540

9590 9402 5005 9063 2157 56

2. Article Number *(Transfer from service label)*

7019 0140 0000 1010 8479

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _James B Triplett_   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*: James Triplett
C. Date of Delivery: 3/5/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**USPS TRACKING #**

9590 9402 5005 9063 2157 56

United States Postal Service

FILED IN CLERKS OFFICE
2021 MAR -9 AM 10: 49
U.S. DISTRICT COURT
DISTRICT OF MASS.



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States District Court
Office of the Clerk
595 Main Street, Room 502
Worcester, MA 01608

SCREENED
USMS

18-CV-40026-DHH