UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Stephen Dann,<br>    Plaintiff,<br><br>v.<br><br>City of Worcester<br>    Defendant | Civil No. 18-40026-DHH |

**ORDER OF DISMISSAL**

May 3, 2021

Hennessy, M.J.

  The Court having been advised on ___April 28, 2021___ that the above-entitled action has been settled;

  IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                / s / David H. Hennessy
                David H. Hennessy
                United States Magistrate Judge